ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
WHITNEY L. WELCH-KIRMSE
Nevada Bar No. 12129
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Ste. 600
Las Vegas, NV 89135
Tel:  (702) 792-3773
Fax:  (702) 792-9002
Email: swanise@gtlaw.com
       welchkirmsew@gtlaw.com

*Attorneys for Defendants*
*DVH Hospital Alliance, LLC*
*and MUFG Union Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DVRMCH WIND-UP, LLC, a Nevada limited liability company, | Case No. 2:19-cv-00578-RFB-GWF |
| Plaintiffs, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| DVH HOSPITAL ALLIANCE, LLC, a Delaware limited liability company and MUFG UNION BANK, N.A., a national banking association, | |
| Defendants. | **(FIRST REQUEST)** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff, DVRMCH Wind-Up, LLC ("Plaintiff"), and the undersigned counsel for Defendants, DVH Hospital Alliance, LLC and MUFG Union Bank, N.A. ("Defendants"), that the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint [ECF #1] filed April 5, 2019 shall be extended for seven (7) days and shall be due on or before May 20, 2019.  No previous request for extension of the deadline referenced above has been made.

///

///

///

*ADMIN 35252732v1*

The parties represent that this stipulation is entered into in good faith and not for the purposes of undue delay.

**IT IS SO STIPULATED.**

Dated this 13th day of May, 2019.

**GREENBERG TRAURIG, LLP**

/s/ Whitney L. Welch-Kirmse
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
WHITNEY L. WELCH-KIRMSE, ESQ.
Nevada Bar No. 12129
10845 Griffith Peak Drive, Ste. 600
Las Vegas, NV 89135

*Attorneys for Defendants*
*DVH Hospital Alliance, LLC*
*and MUFG Union Bank, N.A.*

Dated this 13th day of May, 2019.

**LEWIS ROCA ROTHGERBER CHRISTIE, LLP**

/s/ Dan R. Waite
DAN R. WAITE, ESQ.
Nevada Bar No. 4078
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169

THAD D. SEEGMILLER, ESQ.
Nevada Bar No. 11709
KIRTON MCCONKIE
301 N. 200 E., #3-A
St. George, UT 84770

*Attorneys for Plaintiff*

### ORDER

**IT IS SO ORDERED** that the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint shall be extended for seven (7) days and be due on or before May 20, 2019.

Dated: 5/14/2019

_____
UNITED STATES MAGISTRATE JUDGE