Dan R. Waite (Nev. Bar # 4078)
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
Email: dwaite@lrrc.com

Thad D. Seegmiller, Esq. (Nev. Bar # 11709)
Benson L. Hathaway, Jr. (Pro Hac)
Ryan R. Beckstrom (Pro Hac)
**KIRTON MCCONKIE**
301 N. 200 E., #3-A
St. George, UT 84770
Tele: 435-574-5672
Email: tseegmiller@kmclaw.com
         bhathawa@kmclaw.com
         rbeckstrom@kmclaw.com

*Attorneys for Plaintiff DVRMCH WIND-UP, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DVRMCH WIND-UP, LLC, a Nevada limited liability company, | Case No.: 2:19-cv-00578-RFB-EJY |
| Plaintiffs, | |
| v. | |
| DVH HOSPITAL ALLIANCE, LLC, a Delaware limited liability company; and MUFG UNION BANK, N.A., a national banking association, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and the parties Stipulated Notice of Dismissal filed with this Court, and for good cause shown, Plaintiff, DVRMCH Wind-Up, LLC's ("Plaintiff") claims and allegations against Defendants DVH Hospital Alliance, LLC, and MUFG Union Bank, N.A. (collectively "Defendants"), are hereby dismissed with prejudice,

/ / /

/ / /

108943802.1

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

Lewis Roca
ROTHGERBER CHRISTIE

4840-3987-0880.v1

each party to bear their own attorneys' fees and costs, unless already agreed to by separate agreement.

DATED this __7th__ day of April 2020.



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

Lewis Roca
ROTHGERBER CHRISTIE

108943802.1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of April, 2020, a true and correct copy of the foregoing **ORDER OF DISMISSAL WITH PREJUDICE** was filed electronically via the Court's CM/ECF system.  Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

*/s/ Evelyn Escobar-Gaddi*
an employee of Greenberg Traurig, LLP

- 3 -